IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| TAMMY CASS, Individually and as Representative of the Estate of Marcus Cass, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF ABILENE, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:13-CV-177-C |

## ORDER

The Court having considered Defendants' Unopposed Motion for Leave to File Reply to Plaintiffs' Response to Defendants' Motion for Partial Summary Judgment, filed August 29, 2014, is of the opinion that the same should be **GRANTED**. Defendants' Reply and Objections to Plaintiffs' Response to Defendants' Motion for Partial Summary Judgment (attached to Defendants' Motion for Leave) is **DEEMED FILED** as of September 2, 2014, and the Clerk is directed to file the same.

SO ORDERED.

Dated September 2, 2014.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE